# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROKSANA FEDOSEIEVA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 26-1922** |
| **v.** | : | |
| | : | |
| **MARKWAYNE MULLIN,** *Secretary* | : | |
| *of the Department of Homeland* | : | |
| *Security (DHS), et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 2nd day of June 2026, upon consideration of Plaintiff's *motion for voluntary dismissal*, (ECF 7), in which Plaintiff represents the relief sought has been secured, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Plaintiff's complaint against Defendants is **DISMISSED**.[1]

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing [ ] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." In this case, Plaintiff filed the complaint on March 24, 2026, (ECF 1), and Defendants have yet to submit any responsive pleading or motion. As such, this Court construes Plaintiff's motion for voluntary dismissal as a notice of dismissal to this Court and directs the Clerk of Court to close this case.